UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

VERNON B. PARSONS III,

        Plaintiff,

    v.

DON THOMAS HALL, IN HIS
INDIVIDUAL AND OFFICIAL
CAPACITY AS CIRCUIT JUDGE,
12TH JUDICIAL CIRCUIT OF
FLORIDA; MARIFE JOYNO
CHANGCO, IN HER INDIVIDUAL
CAPACITY; DANIEL H. SLEET, IN
HIS OFFICIAL CAPACITY AS
JUDGE FOR THE 2ND DISTRICT
COURT OF APPEAL FOR
FLORIDA; ROBERT J.
MORRISJR., IN HIS OFFICIAL
CAPACITY AS JUDGE FOR THE
2ND DISTRICT COURT OF
APPEAL FOR FLORIDA; AND
NELLY N. KHOUZAM, IN HER
OFFICIAL CAPACITY AS JUDGE
FOR THE 2ND DISTRICT COURT
OF APPEAL FOR FLORIDA;

        Defendants,

Case No. 2:25-cv-1187-KCD-KRH

_____/

## ORDER

Plaintiff Vernon Ballard Parsons III has sued several defendants involved with his state court divorce. (Doc. 4.) The only remaining adverse party is his ex-wife, Marife Joyno Changco. (*See* Doc. 49, Doc. 55.) Plaintiff

has not served Changco. And despite the Court's order requiring him to explain the delay (Doc. 3 at 1-2), he has not done so. "A failure to promptly show cause why proof of service cannot be timely filed may result in a party being dropped from this action without further notice." (*Id.*) Because Plaintiff has not filed proof of service on the only remaining defendant, nor explained the delay, the Court **DISMISSES** the action without prejudice. *See* Local Rule 1.10(d); Doc. 3 at 2. The Clerk is **DIRECTED TO CLOSE THE CASE**.

ORDERED in Fort Myers, Florida on July 7, 2026.

Kyle C. Dudek
United States District Judge

2